UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:24CR59 (SRU) (TOF) |
| v. | VIOLATIONS: |
| TYRONE BROWN and GREGORY GRANT | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine) |
| | 18 U.S.C. § 1715 (Mailing Nonmailable Firearms) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine)

1. From in or around January 2022 through the present, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants, TRYONE BROWN and GREGORY GRANT, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with one another to distribute and to possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

2. The defendants TYRONE BROWN and GREGORY GRANT knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of

1

its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Mailing Nonmailable Firearms)

3.     On or about January 17, 2023, the defendant TYRONE BROWN, in the Northern District of Georgia, did knowingly deposit for mailing or delivery and knowingly cause to be delivered by mail according to the directions thereon, to the District of Connecticut, a firearm declared as nonmailable, that is a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a green and black Smith and Wesson M&P Bodyguard 380 Serial number KFC1619 with an empty magazine.

In violation of Title 18, United States Code, Section 1715.

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

4.     Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendants TRYONE BROWN and GREGORY GRANT shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

5.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been

substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearm Offense)

6. Upon conviction of the firearm offense alleged in Count Two of this Indictment, the defendant TYRONE BROWN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following item: a green and black Smith and Wesson M&P Bodyguard 380 Serial number KFC1619 with an empty magazine.

All in accordance with Title 18, United States Code, Sections 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY